IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CT-3010-FL

| WILLIAM Z. BOLES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KENNETH E. LASSITER, JAMIE COBB, HARRIS ENZOR, BRADLEY N. FIELDS, SERGEANT JONES, FAUSTINA F. BROWN, SUPERINTENDENT DAY, SUPERINTENDENT CASSIDY, LIEUTENANT PATRICK, MR. HAMILTON, and TODD E. ISHEE, | ) | |
| Defendants. | ) | |

Plaintiff, a state inmate proceeding pro se, commenced this action by filing complaint on January 11, 2021, asserting claims for violations of his civil rights pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131 et seq. ("ADA"), and the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997d. The matter is before the court on plaintiff's motion for preliminary injunction (DE 11).[1]

Plaintiff requests a preliminary injunction directing defendants to provide adequate footwear. To obtain preliminary injunctive relief, plaintiff must make a clear showing: 1) that he is likely to succeed on the merits; 2) that he is likely to suffer irreparable harm in the absence of preliminary relief; 3) that the balance of equities tips in his favor; and 4) that an injunction is in

---

[1] In addition, plaintiff's amended complaint is pending initial review pursuant to 28 U.S.C. § 1915(e)(2)(B). The court will address the initial review in a forthcoming order.

the public interest.  Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008).  Plaintiff does not establish any of the foregoing elements.  Accordingly, the motion (DE 11) is DENIED.

SO ORDERED, this the 31st day of March, 2022.

                                                 /s/ Louise W. Flanagan
                                                 LOUISE W. FLANAGAN
                                                 United States District Judge